**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*January 28, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CRIMINAL NO. **4:26-cr-042** |
| ANA SILVIA GARCIA a/k/a "ROSE MARY HERNANDEZ" a/k/a "ROSE MARY GARZA" | § § § § | |
| *Defendant.* | § | |

<u>**CRIMINAL INDICTMENT**</u>

THE GRAND JURY CHARGES THAT:

<u>**COUNT ONE**</u>
**(Theft of Government Property)**

Beginning in or about October 2013, and continuing through in or about January 2026, within the Southern District of Texas and elsewhere,

**ANA SILVIA GARCIA**
**a/k/a "ROSE MARY HERNANDEZ"**
**a/k/a "ROSE MARY GARZA"**

defendant herein, willfully and knowingly did embezzle, steal, purloin, and knowingly convert to her own use and benefit money and property of the United States having value of more than $1,000, to wit: Social Security Administration ("SSA") disability benefits to which she was not entitled. Specifically, Defendant obtained SSA disability benefits payments by impersonating a United States citizen R.G. Had Defendant disclosed her true identity, she would not have received the SSA disability benefits payments.

**In violation of Title 18, United States Code, Section 641.**

1

**COUNT TWO**
**(False Statement in Application for Passport)**

On or about February 16, 2017, within the Southern District of Texas and elsewhere,

**ANA SILVIA GARCIA**
**a/k/a "ROSE MARY HERNANDEZ"**
**a/k/a "ROSE MARY GARZA"**

defendant herein, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated she was United States citizen R.G., which statement she knew to be false.

**In violation of Title 18, United States Code, Section 1542.**

**COUNT THREE**
**(Use of Passport Secured by False Statement)**

On or about April 25, 2024, within the Southern District of Texas and elsewhere,

**ANA SILVIA GARCIA**
**a/k/a "ROSE MARY HERNANDEZ"**
**a/k/a "ROSE MARY GARZA"**

defendant herein, did willfully and knowingly use U.S. Passport Card C13955577, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that defendant was United States citizen R.G., which said passport the defendant used to gain entry into the United States at the Los Tomates pedestrian border crossing.

**In violation of Title 18, United States Code, Section 1542.**

## COUNT FOUR
### (Aggravated Identity Theft)

Beginning in or about October 2013, and continuing through in or about January 2026, within the Southern District of Texas and elsewhere,

**ANA SILVIA GARCIA**
**a/k/a "ROSE MARY HERNANDEZ"**
**a/k/a "ROSE MARY GARZA"**

defendant herein, willfully and willfully and knowingly did use, without lawful authority, a means of identification of another person, to wit: the name, date of birth, and place of birth of R.G., during and in relation to a violation of 18 U.S.C. § 641 (Theft of Government Property).

**In violation of Title 18, United States Code, Section 1028A(a)(1).**

## COUNT FIVE
### (Aggravated Identity Theft)

On or about April 25, 2024, within the Southern District of Texas and elsewhere,

**ANA SILVIA GARCIA**
**a/k/a "ROSE MARY HERNANDEZ"**
**a/k/a "ROSE MARY GARZA"**

defendant herein, willfully and willfully and knowingly did use, without lawful authority, a means of identification of another person, to wit: the name, date of birth, and place of birth of R.G., during and in relation to a violation of 18 U.S.C. § 1542 (Use of Passport Secured by False Statement).

**In violation of Title 18, United States Code, Section 1028A(a)(1).**

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2461(c) & 18 U.S.C. § 981(a)(1)(C)

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives the defendant notice that in the event of conviction of the offense charged in Count One of this Indictment, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

*Money Judgment and Substitute Assets*

The United States will seek the imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States may seek to forfeit any other property of the defendant in substitution.

A True Bill:

Original Signature on File
_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By: _____
Stephanie Bauman
Assistant United States Attorney
713-567-9000

4